# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3706

_____

| | | |
|---|---|---|
| Larry Coffman, others similarly situated under the 632.480 et seq, | * * * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Alan Blake, COO; Jay Englehart, M.D.; | * | |
| Marty Bellew-Smith, Ph.D.; Mary | * | [UNPUBLISHED] |
| Weiler, Ph.D.; Linda Mead, Ph.D.; | * | |
| Linda Whiter, LCSW; Mar Chessy, | * | |
| Head Sec.; John Doe; James Doe, SA, | * | |
| All M.S.O.T.C. Facility, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 1, 2005
Filed: November 17, 2005

_____

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Larry Coffman, who is civilly committed to the Missouri Sexual Offender Treatment Center, appeals the district court's[1] preservice dismissal under 28 U.S.C.

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

§ 1915(e)(2)(B) of his 42 U.S.C. § 1983 complaint. Following de novo review, <u>see</u> <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we affirm, <u>see</u> 8th Cir. R. 47B, but we modify the dismissal to be without prejudice as to any claims Coffman raised that were barred by <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-87 (1994). <u>See</u> <u>Schafer v. Moore</u>, 46 F.3d 43, 45 (8th Cir. 1995) (per curiam). We also deny Coffman's request for appointment of appellate counsel.

_____